IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY HENDERSON,<br><br>          Plaintiff,<br>v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>          Defendants. | 1:12-cv-289 AWI BAM<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

      On February 27, 2012, Plaintiff Billy Henderson filed this lawsuit in the Fresno Division of the Federal Eastern District of California. The Complaint indicates that Plaintiff currently resides in the High Desert State Prison in Susanville, California, which located in Lassen County. Importantly, the Complaint complains of conduct by various Defendants that occurred in Glenn County.

      Pursuant to Local Rule 120(d), all civil actions and proceedings of every nature arising in Glenn County California (as well as Lassen County) are to be commenced in the Sacramento Division of the Federal Eastern District of California. See Local Rule 120(d). It is not uncommon for a case to be commenced in the wrong division of the Eastern District of California. Accordingly, Local Rule 120(f) provides: Whenever in any action the Court finds upon its own motion . . . that an action has not been commenced in the proper court in accordance with this Rule . . . the Court may transfer the same to another venue within the District." Local Rule 120(f).

1  Since Fresno is not the proper division within the Eastern District of California for this
2  case, the Court will transfer this case to the Sacramento Division. <u>See</u> Local Rules 120(d), (f).
3
4  Accordingly, IT IS HEREBY ORDERED that this case is forthwith transferred to the
5  Sacramento Division of this District.
6  IT IS SO ORDERED.
7
   Dated:   February 28, 2012                              _____
8                                                          CHIEF UNITED STATES DISTRICT JUDGE

daw                                       2