IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY HENDERSON,

       Plaintiff,                    No.  2:12-cv-0532 CKD P

   vs.

CALIFORNIA HIGHWAY PATROL, et al.,

       Defendants.            ORDER

_____/

       On August 31, 2012, plaintiff filed a second amended complaint.  Because plaintiff has not obtained leave to amend the operative complaint, or filed a motion seeking leave to amend, IT IS HEREBY ORDERED that plaintiff's second amended complaint is stricken.

Dated: September 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hend0532.10c

1