1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    BILLY HENDERSON,

11              Plaintiff,                    No.  2:12-cv-0532 CKD P

12         vs.

13    CALIFORNIA HIGHWAY PATROL, et al.,

14              Defendants.              <u>ORDER</u>

15    _____/

16              On August 31, 2012, plaintiff filed a second amended complaint.  Because

17    plaintiff has not obtained leave to amend the operative complaint, or filed a motion seeking leave

18    to amend, IT IS HEREBY ORDERED that plaintiff's second amended complaint is stricken.

19     Dated: September 6, 2012

20                                          _____

21                                          CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE
22

23

24    1
      hend0532.10c
25

26

                                          1