IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY HENDERSON,

        Plaintiff,                    No.  2:12-cv-0532 CKD P

    vs.

CALIFORNIA HIGHWAY PATROL, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff has filed a motion seeking leave to file a second amended complaint. Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, the court "should freely give leave [to amend] when justice so requires." Plaintiff has not demonstrated good cause for granting leave to amend. While it is not clear, it appears plaintiff takes issue with the court screening out his Eighth Amendment claims. However, plaintiff has no valid Eighth Amendment claims because the acts which form the basis of plaintiff's claims occurred while plaintiff was a pretrial detainee, not a prisoner. <u>Bell v. Wolfish</u>, 441 U.S. 520, 535 n. 16 (1979).

/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to file a second amended complaint (Dkt. No. 22) is denied.

Dated: September 25, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1 hend0532.mta