IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY HENDERSON,

      Plaintiff,                    No.  2:12-cv-0532 CKD P

      vs.

CALIFORNIA HIGHWAY PATROL, et al.,

      Defendants.           <u>ORDER</u>

                              /

      Plaintiff has filed a motion asking that the court order that various governmental entities provide plaintiff with copies of recordings plaintiff believes will help him prove his claims.  Plaintiff's motion (Dkt. No. 34) is denied.  Plaintiff should seek the recordings from the entities that possess them.  Once the court issues a discovery and scheduling order (most likely after the court rules on defendant York's pending motion to dismiss) plaintiff will be free to seek the recordings through discovery.

Dated: December 19, 2012

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

1
hend0532.dis