IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY HENDERSON,

        Plaintiff,                    No.  2:12-cv-0532 JAM CKD P

    vs.

CALIFORNIA HIGHWAY PATROL, et al.,

        Defendants.         <u>ORDER</u>

          /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On April 29, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed April 29, 2013 are adopted in full;

2. Defendant York's motion to strike plaintiff's claim for punitive damages (Dkt. No. 27) is denied; and

3. Defendant York's motion to dismiss for failure to state a claim upon which relief can be granted (Dkt. No. 28) is denied.

DATED: June 17, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE