UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY HENDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-0532 JAM CKD P<br><br><br>ORDER |

On July 7, 2014, plaintiff filed a motion to compel responses to subpoenas. There are several problems with the motion. Most notably, it was not served on the entities plaintiff subpoenaed. Accordingly, plaintiff's motion to compel (ECF No. 63) is denied.

Dated: July 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hend0532.mtc(2)