UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY HENDERSON, | No. 2:12-cv-0532 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HIGHWAY PATROL, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding with an action for violation of civil rights under 42 U.S.C. § 1983. The remaining defendants are defendant York, an employee of the Glenn Medical Center; and defendants Gardner and Lazo, employees of the California Highway Patrol.

On July 23, 2014, plaintiff filed a motion asking that the court compel the California Highway Patrol, the Glenn County Adult Detention Facility and the Glenn County Sheriff's Department to provide responses to subpoenas served upon them by plaintiff on May 18, 2014. However, all three subpoenas are defective because they were served by plaintiff.[1] Therefore, plaintiff's motion to compel will be denied. Furthermore, in the opposition to the motion

---

[1] Subpoenas cannot be served by parties. Fed R. Civ. P. 45(b)

1

compel filed by the California Highway Patrol, counsel for the California Highway Patrol indicates he did respond to plaintiff's subpoena.  Therefore, with respect to the California Highway Patrol, plaintiff's motion to compel is moot.

Accordingly, IT IS HEREBY ORDERED that plaintiff's July 23, 2014 motion to compel (ECF No. 65) is denied.

Dated:  September 18, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hend0532.mtc(3)

2