UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY HENDERSON, | No. 2:12-cv-0532 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HIGHWAY PATROL, et al., | |
| Defendants. | |

A review of the court's file indicates that plaintiff, defendant Lazo and defendant Gardner have consented to have all matters in this action before a magistrate judge. See 28 U.S.C. § 636(c). Defendant York has neither consented, nor declined consent. Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send defendant York a copy of the "Consent to Proceed Before a United States Magistrate Judge" form; and

/////
/////
/////
/////
/////

1

2. Defendant York shall file the form within seven days indicating whether he will consent to have all future matters in this action, including trial, before a United States Magistrate Judge, presently the undersigned.

Dated:  December 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hend0532.con