UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY HENDERSON,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-0532 CKD P<br><br>ORDER |

　　　This matter came on for trial confirmation hearing on August 5, 2015. Plaintiff appeared pro se. Kenny Nguyen appeared on behalf of defendants Gardner and Lazo. Glenn Holley appeared on behalf of defendant York. At the hearing, THE COURT ORDERED AS FOLLOWS:

　　　1. Pursuant to agreement by the parties, Sgt. Miranda, Maria Chu, and Parole Agent Candice Collins will not be called as witnesses at trial and are stricken from defendants' list of proposed witnesses identified in the court's June 12, 2015 pretrial order; and

/////

/////

/////

/////

1

1        2. The parties stipulate that all medical records identified as exhibits by defendants or plaintiff in the June 12, 2015 pretrial order are deemed authenticated pursuant to Rule 901 of the Federal Rules of Evidence and that the records constitute "records of a regularly conducted activity" under Rule 803 of the Federal Rules of Evidence.

Dated: August 6, 2015

                                                  _____
                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE

1 hend0532.aho